MARY A. BERTINA, Respondent, *v.* THE PEOPLE'S TRUST COM-
PANY, Defendant, and ANNA FRITH, as Administratrix of
the Estate of FRANCIS E. FRITH, Deceased, Appellant.

Reported below, 133 App. Div. 918.
(Submitted January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered July 2, 1909, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover upon a promissory note.

The motion was made upon the ground that the appeal
presented no questions of law for review.

*Edmund F. Driggs* for motion.

*James P. Judge* opposed.

Motion denied, with ten dollars costs.

---

ANNA M. C. WILKIN, Respondent, *v.* CHARLES E. CUNNING-
HAM et al., Defendants, and MARIE L. C. McMORROW et al.,
Appellants.

(Submitted January 3, 1910; decided January 11, 1910.)

Motion for re-argument denied, with ten dollars costs.    (See
197 N. Y. 521.)